**McPeek, Brent**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, May 11, 2020 11:21 AM |
| **To:** | Tepfer, Reid A. |
| **Subject:** | FedEx Shipment 770417156096 Delivered |



# Your package has been delivered

Tracking # 770417156096

**Ship date:**
Fri, 5/8/2020

ANITA THOMAS
Federal Trade Commission
Washington, DC 20024
US


Delivered

**Delivery date:**
Mon, 5/11/2020 9:19 am

Kushly, LLC
c/o Sam Conley
9148 North 66th Place
PARADISE VALLEY, AZ 85253
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 770417156096 |
| **Status:** | Delivered: 05/11/2020 09:19 AM Signed for By: S.CONLEY |
| **Purchase order number:** | 0616 |
| **Reference:** | 2023111/598388 |
| **Signed for by:** | S.CONLEY |
| **Delivery location:** | PARADISE VALLEY, AZ |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Priority Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Residential Delivery |
| | Direct Signature Required |

Pet. Exh. 4 - 1

| | |
|---|---|
| **Standard transit:** | 5/11/2020 by 10:30 am |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:21 AM CDT on 05/11/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.