**IMPORTANT!**
We are continuing to respond to the impact of COVID-19 around the world. See our latest updates. For COVID-19-related recipient closures, you can redirect packages, Ask FedEx, or contact the shipper.



770417156096

## Delivered
## Monday 5/11/2020 at 9:19 am

**DELIVERED**

Signed for by: S.CONLEY

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Washington, DC US | PARADISE VALLEY, AZ US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 770417156096 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |

| SIGNATURE SERVICES | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| Direct signature required | Residence | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | PURCHASE ORDER NUMBER |
|---|---|---|
| 0.5 lbs / 0.23 kgs | Shipper | 0616 |

| SHIPPER REFERENCE | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| 2023111/598388 | FedEx Envelope | Deliver Weekday, Residential Delivery, Direct Signature Required |

| STANDARD TRANSIT | SHIP DATE | ACTUAL DELIVERY |
|---|---|---|
| 5/11/2020 by 10:30 am | Fri 5/08/2020 | Mon 5/11/2020 9:19 am |

### Travel History

Local Scan Time

**Monday , 5/11/2020**

| 9:19 am | PARADISE VALLEY, AZ | Delivered |
| 8:17 am | SCOTTSDALE, AZ | On FedEx vehicle for delivery |
| 7:19 am | SCOTTSDALE, AZ | At local FedEx facility |

Pet. Exh. 5 - 1

| 2:31 am | PHOENIX, AZ | At local FedEx facility |
|---|---|---|
| Sunday , 5/10/2020 | | |
| 6:32 pm | PHOENIX, AZ | At destination sort facility |
| 5:37 pm | MEMPHIS, TN | Departed FedEx location |
| Friday , 5/08/2020 | | |
| 8:40 pm | CROFTON, MD | Left FedEx origin facility |
| 10:03 am | CROFTON, MD | Picked up |
| 7:01 am | | Shipment information sent to FedEx |



Pet. Exh. 5 - 2