# ARTICLES OF AMENDMENT TO ARTICLES OF ORGANIZATION

## LIMITED LIABILITY COMPANY

### ENTITY INFORMATION

**ENTITY NAME:** KUSHLY LLC
**ENTITY ID:** L21560502
**ENTITY TYPE:** Domestic LLC
**PERIOD OF DURATION:** Perpetual
**PROFESSIONAL SERVICES:**
**CHARACTER OF BUSINESS:** Any legal purpose
**MANAGEMENT STRUCTURE:** Manager-Managed

### STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** JEFFREY M PROPER
**PHYSICAL ADDRESS:** 10645 N TATUM BLVD STE 200-652 , PHOENIX, AZ 85028
**MAILING ADDRESS:** 10645 N TATUM BLVD STE 200-652 , PHOENIX, AZ 85028

### KNOWN PLACE OF BUSINESS

% CODY ALT 3015 N SCOTTSDALE RD, #3139, SCOTTSDALE, AZ 85251

### PRINCIPALS

Manager: AZ KUSHLY HOLDINGS LLC - C/O JEFFREY M PROPER 10645 N TATUM BLVD STE 200-652, PHOENIX, AZ 85028 - - Date of Taking Office: 06/13/2017

Manager: CODY JOSEPH ALT - 3015 N SCOTTSDALE RD APT 3139, SCOTTSDALE, AZ 85251 - - Date of Taking Office: 01/27/2017

Member: AZ KUSHLY HOLDINGS LLC - C/O JEFFREY M PROPER 10645 N TATUM BLVD STE 200-652, PHOENIX, AZ 85028 - - Date of Taking Office: 06/13/2017

Member: Cody Alt - % CODY ALT 3015 N SCOTTSDALE RD, #3139, SCOTTSDALE, AZ 85251 - - Date of Taking Office: 01/27/2017

### SIGNATURE

Manager: Cody Joseph Alt - 07/09/2018

Pet. Exh. 6 - 1