# LLC - STATEMENT OF CHANGE

## OF KNOWN PLACE OF BUSINESS OR STATUTORY AGENT

**ENTITY INFORMATION**

**ENTITY NAME:** KUSHLY LLC
**ENTITY ID:** L21560502
**ENTITY TYPE:** Domestic LLC

**STATUTORY AGENT INFORMATION**

**STATUTORY AGENT NAME:** Sam Conley
**PHYSICAL ADDRESS:** 9148 N 66th Pl, PARADISE VALLEY, AZ 85253
**MAILING ADDRESS:** 9148 N 66th Pl, PARADISE VALLEY, AZ 85253

**KNOWN PLACE OF BUSINESS**

7167 e Rancho Vista dr #3014, SCOTTSDALE, AZ 85251

**SIGNATURES**

Authorized Agent: Sam Conley - 09/09/2019