Arizona Corporation Commission - RECEIVED: 2/20/2019
Arizona Corporation Commission - FILED: 2/20/2019

19022009329463

# ARTICLES OF ORGANIZATION

## OF LIMITED LIABILITY COMPANY

### ENTITY INFORMATION

| | |
|---|---|
| **ENTITY NAME:** | Kushly Industries LLC |
| **ENTITY ID:** | 1952742 |
| **ENTITY TYPE:** | Domestic LLC |
| **EFFECTIVE DATE:** | 02/19/2019 |
| **CHARACTER OF BUSINESS:** | Health Supplements |
| **MANAGEMENT STRUCTURE:** | Member-Managed |
| **PERIOD OF DURATION:** | Perpetual |
| **PROFESSIONAL SERVICES:** | N/A |

### STATUTORY AGENT INFORMATION

| | |
|---|---|
| **STATUTORY AGENT NAME:** | Cody Alt |
| **PHYSICAL ADDRESS:** | 7167 E Rancho Vista Dr, SCOTTSDALE, AZ 85251 |
| **MAILING ADDRESS:** | |

### KNOWN PLACE OF BUSINESS

7167 E Rancho Vista Dr, SCOTTSDALE, AZ 85251

### PRINCIPALS

Member: Cody Alt - 7167 E Rancho Vista Dr, SCOTTSDALE, AZ 85251 - cody.alt@live.com - Date of Taking Office:

### ORGANIZERS

Cody Alt: 7167 E Rancho Vista Dr, SCOTTSDALE, AZ 85251, cody.alt@live.com

### SIGNATURES

Organizer: Cody Alt - 02/20/2019

Pet. Exh. 8 - 1