# ARTICLES OF AMENDMENT TO ARTICLES OF ORGANIZATION

## LIMITED LIABILITY COMPANY

### ENTITY INFORMATION

**ENTITY NAME:** AZ KUSHLY HOLDINGS, LLC
**ENTITY ID:** L21943567
**ENTITY TYPE:** Domestic LLC
**PERIOD OF DURATION:** Perpetual
**PROFESSIONAL SERVICES:**
**CHARACTER OF BUSINESS:** Any legal purpose
**MANAGEMENT STRUCTURE:** Manager-Managed

### STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** JEFFREY M PROPER
**PHYSICAL ADDRESS:** 10645 N TATUM BLVD STE 200-652 , PHOENIX, AZ 85028
**MAILING ADDRESS:** 10645 N TATUM BLVD STE 200-652 , PHOENIX, AZ 85028

### KNOWN PLACE OF BUSINESS

3550 N CENTRAL AVE. SUITE 1010 , PHOENIX, AZ 85012

### PRINCIPALS

Manager: ROBERT KHOSHABA - C/O JEFFREY M. PROPER 10645 N TATUM BLVD STE 200-652, PHOENIX, AZ 85028 - - Date of Taking Office: 06/13/2017

Member: ROBERT KHOSHABA - C/O JEFFREY M. PROPER 10645 N TATUM BLVD STE 200-652, PHOENIX, AZ 85028 - - Date of Taking Office: 06/13/2017

### SIGNATURE

Manager: Robert Khoshaba - 06/13/2018

Pet. Exh. 9 - 1