## McPeek, Brent

| | |
|---|---|
| **From:** | Tepfer, Reid A. |
| **Sent:** | Tuesday, May 26, 2020 9:22 AM |
| **To:** | info@kushly.com |
| **Subject:** | Federal Trade Commission Civil Investigative Demand |
| **Attachments:** | FTC CID to Kushly LLC.pdf |

**Importance:**          High

To whom it may concern:

The Federal Trade Commission issued the attached Civil Investigative Demand (CID) to Kushly, LLC on May 6, 2020. According to FedEx, this CID was delivered to the company's registered agent on May 11.

The CID requires that you contact FTC counsel as soon as possible to schedule a meeting to be held within 14 days after receiving the CID. You have missed this deadline. Accordingly, I am attempting to contact Kushly, LLC to request that this meeting be scheduled as soon as possible.

If you are represented by counsel in this matter, please do not respond to this email and instead forward this communication to your attorney.

Thanks,
Reid

Reid Tepfer
Federal Trade Commission
214-979-9395

Pet. Exh. 10 - 1