**McPeek, Brent**

**From:** Tepfer, Reid A.
**Sent:** Friday, June 5, 2020 4:22 PM
**To:** 'Sam Conley'
**Subject:** RE: Kushly 2023111

Mr. Conley,

Thank you for this information. However, today is the deadline for responding to the Commission's civil investigative demand, and Kushly will be in default of its obligation after 5pm today. Accordingly, I must advise that Kushly is obligated to turn over the records demanded by the CID immediately.

Respectfully,
Reid

Reid Tepfer
Federal Trade Commission
214-979-9395

-----Original Message-----
From: Sam Conley <sam@kushly.com>
Sent: Friday, June 5, 2020 3:41 PM
To: Tepfer, Reid A. <rtepfer@ftc.gov>
Subject: Re: Kushly 2023111

Hi Reid,

I'm working through our information and the business structure prior to my joining the company. We will be seeking counsel on responding. We are confident in the integrity of the business, there have just been changes in structure and ownership that require multiple parties to respond and provide information.

I want to make sure we get you all the information you need in good standing and think we need some advice on how to properly respond to this in parallel to running a compliant operation.

Best,

Sam Conley
COO
Kushly
m: 770.286.7499

> On Jun 3, 2020, at 9:55 AM, Tepfer, Reid A. <rtepfer@ftc.gov> wrote:
>
> Thank you, Mr. Conley; I appreciate it.
>
> Reid
>
> Reid Tepfer
> Federal Trade Commission

1

Pet. Exh. 11 - 1

> 214-979-9395
>
>> On Jun 3, 2020, at 11:51 AM, Sam Conley <sam@kushly.com> wrote:
>>
>> Hi Reid,
>>
>> I am focusing my attention on this today and will get you a solid answer ASAP. I hope to have a substantial piece of things over to you by the 5th and work together on what is needed moving forward.
>>
>> Best,
>>
>> Sam Conley
>> COO
>> Kushly
>> m: 770.286.7499
>>
>>>> On Jun 2, 2020, at 10:44 AM, Tepfer, Reid A. <rtepfer@ftc.gov> wrote:
>>>
>>> Mr. Conley,
>>>
>>> I'm following up on my message below given that Kushly's production deadline is approaching and has not yet been extended. Please let me know when you will be able to provide the requested information.
>>>
>>> Thank you,
>>> Reid
>>>
>>> Reid Tepfer
>>> Federal Trade Commission
>>> 214-979-9395
>>>
>>> -----Original Message-----
>>> From: Tepfer, Reid A.
>>> Sent: Friday, May 29, 2020 6:01 PM
>>> To: 'Sam Conley' <sam@kushly.com>
>>> Subject: RE: Kushly 2023111
>>>
>>> Mr. Conley,
>>>
>>> I understand your concern, and accordingly we would be willing to work out a rolling production schedule with you. I should mention I am not authorized to extend the CID's deadlines myself and would have to get any deadline extension approved by my management. If approved, I will provide you a letter from our office's regional director formally authorizing the extension.
>>>
>>> Can you please identify which interrogatories and requests for production you can produce on time by June 5? Additionally, can you please identify which interrogatories and requests for production you would be able to produce by June 19 and, separately, by July 6?
>>>
>>> Thank you,
>>> Reid
>>>
>>> Reid Tepfer
>>> Federal Trade Commission

```
>>> 214-979-9395
>>>
>>>
>>> -----Original Message-----
>>> From: Sam Conley <sam@kushly.com>
>>> Sent: Friday, May 29, 2020 2:34 PM
>>> To: Tepfer, Reid A. <rtepfer@ftc.gov>
>>> Subject: Re: Kushly 2023111
>>>
>>> Hi Reid,
>>>
>>> I'll get you as much as I can by the 5th. We are a 4 person operation so time is a premium but this is obviously a top priority. Is there an option of an extension for this information?
>>>
>>> Sam Conley
>>> COO
>>> Kushly
>>> m: 770.286.7499
>>>
>>>> On May 28, 2020, at 2:21 PM, Tepfer, Reid A. <rtepfer@ftc.gov> wrote:
>>>>
>>>> Good afternoon Mr. Conley,
>>>>
>>>> Following up on our discussion, I wanted to see if we could schedule a time for the meet and confer given that the production deadline (June 5) is not far off.
>>>>
>>>> Also, as I mentioned before, if Kushly is now represented in this matter, please forward this communication to counsel rather than responding. If you've decided that Kushly will handle this matter without counsel, please let me know that as well.
>>>>
>>>> Thank you,
>>>> Reid
>>>>
>>>> Reid Tepfer
>>>> Federal Trade Commission
>>>> 214-979-9395
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Sam Conley <sam@kushly.com>
>>>> Sent: Tuesday, May 26, 2020 1:04 PM
>>>> To: Tepfer, Reid A. <rtepfer@ftc.gov>
>>>> Subject: Kushly 2023111
>>>>
>>>> Hi Reid,
>>>>
>>>> I just received the forwarded communication by mail and wanted to get together as soon as possible. I called directly but didn't receive an answer. Can we setup a time to get on an initial call? We do not have counsel on this currently and are hoping we don't need it.
>>>>
>>>> Best Regards,
>>>>
```

>>>> Sam Conley
>>>>
>>>> m: 770.286.7499
>>>>
>>>>
>>>> Sam Conley
>>>> COO
>>>> Kushly
>>>> m: 770.286.7499