**McPeek, Brent**

| | |
|---|---|
| **From:** | Tepfer, Reid A. |
| **Sent:** | Friday, June 12, 2020 3:35 PM |
| **To:** | 'Sam Conley' |
| **Subject:** | Federal Trade Commission Civil Investigative Demand |
| **Attachments:** | Kushly. Letter. 6 12 20.pdf |

Mr. Conley,

Please see the attached letter.

Thanks,
Reid

Reid Tepfer
Federal Trade Commission
214-979-9395