

United States of America
FEDERAL TRADE COMMISSION
Southwest Region

Reid Tepfer
Federal Trade Commission – Southwest Region
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

June 12, 2020

*Via email to sam@kushly.com*

Kushly, LLC
c/o Sam Conley
9148 North 66th Place
Paradise Valley, Arizona 85253

Re: Civil Investigative Demand issued to Kushly, LLC; FTC Matter No. 2023111

Mr. Conley:

    I write regarding Kushly, LLC's continued noncompliance with the above-referenced civil investigative demand ("CID"). The deadline to respond to this CID was June 5, 2020. Kushly, LLC has failed to meet this deadline and therefore is in default of its legal obligations under the CID.

    Through several email communications, I sought to discuss with you Kushly's production obligations. On May 29, 2020, you expressed concern about meeting the CID's deadline, and I attempted to discuss with you the possibility of a modified rolling production schedule. You did not respond to this proposal. On June 2, 2020, I followed up with you to request a response and advised you that the CID deadline had not been extended. In response, you assured me that you were focusing your attention on this matter and would respond to my proposal ASAP.

    We have received no production from Kushly to date. Instead, we received only an email alleging that Kushly will be seeking counsel to respond to our CID at some future time. Nearly a week after the deadline has passed Kushly remains in default in its obligations.

    This letter provides Kushly a deadline of **June 19, 2020**, to produce overdue answers to interrogatories and responsive documents. Provided this deadline is met, we will refrain from

Pet. Exh. 13 - 1

Kushly, LLC
June 12, 2020
Page 2

judicial enforcement of the CID. Your failure to meet this deadline will be grounds for proceeding with an enforcement action in U.S. district court.

    To be clear, this letter does not constitute a further extension of the deadline to respond to the CID, nor does it modify any of the terms or specifications in the CID. Instead, this letter merely states the conditions under which our office will forebear from seeking enforcement.

                            Very truly yours,

                            */s/ Reid Tepfer*

                            Reid Tepfer
                            Attorney
                            Federal Trade Commission

cc: Michele Arington, Esq., Office of the General Counsel