**McPeek, Brent**

| | |
|---|---|
| **From:** | Tepfer, Reid A. |
| **Sent:** | Thursday, June 25, 2020 9:50 AM |
| **To:** | 'Sam Conley' |
| **Cc:** | Arington, Michele; 'info@kushly.com' |
| **Subject:** | Federal Trade Commission Civil Investigative Demand |
| **Attachments:** | Kushly. Letter. 6 25 20.pdf |

Mr. Conley,

Please see the attached letter.

Thanks,
Reid

Reid Tepfer
Federal Trade Commission
214-979-9395

1