

United States of America
FEDERAL TRADE COMMISSION
Southwest Region

Reid Tepfer
Federal Trade Commission – Southwest Region
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

June 25, 2020

*Via email to sam@kushly.com*

Kushly, LLC
c/o Sam Conley
9148 North 66th Place
Paradise Valley, Arizona 85253

   Re: Civil Investigative Demand issued to Kushly, LLC; FTC Matter No. 2023111

Mr. Conley:

  I write concerning Kushly, LLC's continued noncompliance with the above-referenced civil investigative demand ("CID"). The CID's response deadline was June 5, 2020. Kushly failed to meet this deadline and therefore has been in default of its legal obligations under the CID since that date. On June 12, 2020, I advised you that, although we were not extending Kushly's deadline to produce the overdue information, we would forebear referring this matter to the FTC General Counsel's Office for judicial enforcement of the CID if Kushly produced information by June 19, 2020. To date, we have received no response to this letter nor any production from Kushly.

  Accordingly, I am advising you that I am referring this matter to the FTC General Counsel's Office for judicial enforcement in federal district court.

          Very truly yours,

          */s/ Reid Tepfer*

          Reid Tepfer
          Federal Trade Commission

cc: Michele Arington, Esq., Office of the General Counsel