# McPeek, Brent

| | |
|---|---|
| **From:** | Tepfer, Reid A. |
| **Sent:** | Thursday, June 25, 2020 12:30 PM |
| **To:** | Sam Conley |
| **Cc:** | Arington, Michele; info@kushly.com |
| **Subject:** | RE: Federal Trade Commission Civil Investigative Demand |

Mr. Conley,

Your reply suggests that Kushly may be represented by counsel in this matter. Please confirm whether or not that is the case. If Kushly is represented by counsel, I can only speak with Kushly's counsel absent a waiver.

Thanks,
Reid

Reid Tepfer
Federal Trade Commission
214-979-9395

**From:** Sam Conley <sam@kushly.com>
**Sent:** Thursday, June 25, 2020 10:55 AM
**To:** Tepfer, Reid A. <rtepfer@ftc.gov>
**Cc:** Arington, Michele <MARINGTON@ftc.gov>; info@kushly.com
**Subject:** Re: Federal Trade Commission Civil Investigative Demand

Thank you Reid,

We referred this to a lawyer and received no movement or advice, we are very frustrated. As we are a small unprofitable business we are a little underwater on how to handle this one but take it very seriously and want to respond appropriately.

Can I ask who I can respond to with the requested information or do we need to wait on communication from your counsel?

Sam Conley
COO
Kushly
m: 770.286.7499

> On Jun 25, 2020, at 7:51 AM, Tepfer, Reid A. <rtepfer@ftc.gov> wrote:
>
> Mr. Conley,
>
> Please see the attached letter.
>
> Thanks,
> Reid

1

Pet. Exh. 16 - 1

Reid Tepfer
Federal Trade Commission
214-979-9395

<Kushly. Letter. 6 25 20.pdf>