HOME  >  NEWS  >  MIND YOUR HEAD: TAKING CBD FOR ANXIETY RELIEF



# Mind Your Head: Taking CBD for Anxiety Relief

Landon Neubauer  -  September 6, 2019  -  News  -  0 Comments

Depression isn't the only mental condition that can ruin a person's quality of life. In fact, younger individuals experience anxiety symptoms due to a number of reasons. Stress can be a contributing factor as well as lifestyle, but more importantly, people with anxiety have a chemical imbalance in their brains, that can trigger the panic attacks.

From the sudden surge of emotions to the gradual increase of heart rate and sweaty hands, symptoms can be crazy. One minute, a person can experience all these things at once which affect their productivity at work and peace of mind. Pharmaceuticals may help lessen the symptoms but depending on these medicines for a long time may not be good for the body. Hence, it is important to find a natural alternative that actually helps the body deal with the triggers and help an individual get back on their feet.

Good thing, researchers and scientists have discovered the miracle compound found in the marijuana plant, that is Cannabidiol or CBD. Get to know this compound and how it can help people suffering from an anxiety disorder.

What Is CBD?

Pet. Exh. 18 - 1

The marijuana plant is nature's best when it comes to therapeutic and healing properties. Even our ancestors were known to have used this plant for a thousand years until the scientists have confirmed that this plant is extraordinary.

Cannabis or marijuana contains a lot of Phytocannabinoids like CBD and the other compound Tetrahydrocannabinol or THC. The difference between the two is that THC gives off psychoactive effects associated with the marijuana plant. Meaning, this compound makes a person high, when this is consumed.

Now, CBD is preferred by many for its healing effects especially when it comes to muscle and joint relief. When consumed or applied to the affected areas of the body, a person can easily feel comfort and relief.

## How Can CBD Help With Anxiety?

Cannabidiol works in the endocrine system, which controls or regulates the hormones in the body. It also affects a person's sleep cycle, stress levels, and metabolism. To put it simply, cannabidiol interacts with the receptors to help lower down stress and promote relaxation.

For instance, if a person suddenly felt an abnormal increase in heart rate, by taking CBD, he or she can feel at ease and comfortable. The compound works fast and provides instant relief.

### CBD Oil

One of the popular cannabidiol products come in the form of oils. This substance can be mixed with food and drinks, applied on the skin and even vaped. Most of the time, people use CBD oil to aid muscle recovery from excessive physical activities in the gym or at work. These can be purchased on the Internet but there are also licensed dispensaries that sell this product.

The good thing about this variety is it gives an instant effect. These are potent and pure, so the result shows. When used to the skin, one can immediately feel the difference, faster compared to consuming the product.

## Best CBD Products for Anxiety

Due to the legalization of marijuana in different states in the United States and Canada, more and more products are sprouting in the market. In fact, in 2018, there is a massive unregulated market in CBD products rooting mainly from heightened customer's demands.

If you're after CBD's health and relief properties, check out these products:

CBD Gummies

A fun way of consuming CBD is through edibles. The CBD Gummies are not just any gummy bear candies in the market because it tastes like Sour Patch Kid only in a gummy bear form. It's sweet, sour and really tasty, plus it contains essential vitamin B12, D3 and antioxidants formulated to keep the body strong and healthy. Not to mention the CBD content which makes your sleep like a baby.

Pop these into your mouth every time the attacks kick in because you'll feel a sense of relaxation due to the cannabidiol.

Pure Kind Botanicals Wellness Nectar

A few drops of this CBD oil can help anxiety subside. Best used morning and night to help boost your mood, improve

Pet. Exh. 18 - 2

sleep and ease anxiety symptoms. Once you feel that the attacks are settling in, apply a few drops on your head or chest. This particular product works like magic, not to mention, it is sustainable and guaranteed potent.

CBD and Adaptogen-Infused Sparkling Water

Recess introduces a revolutionary product to help refresh the mind and body. This sparkling water is special because it contains Schisandra for immunity, American ginseng to improve memory, Hemp extract to calm the mind and L-theanine to reduce stress levels. It's a refreshing drink that gives you an extra push to be productive and functional throughout the day. This product comes in 6 or 8 packs of sparkling water and with flavors Blackberry Chai, Pom Hibiscus and Peach Ginger.

Plus CBD Oil Capsules

These gel capsules are the ultimate answer to wane symptoms of anxiety. It comes in two strengths: 10mg and 5mg of cannabidiol. Depending on your preferences, you can choose the one that's mild for not-so-frequent attacks and the potent one for prevalent symptoms.

Aside from CBD, it also has Fatty acids, plant sterols, Vitamin E, Terpenes and Chlorophyll.

CBD Bath Bombs

Let your mind and body experience a rejuvenating retreat by using these bath bombs. These contain 50mg of CBD, stronger compared to other varieties. Good for daily use, this product helps relieve chronic pain and at the same time, take away all your stress and help with your skin issues like Psoriasis, dry skin, acne and eczema.

Dealing with anxiety is surely hard, especially if you don't really know the trigger factors. However, you can still live a normal life without worries, using these CBD products. Just make sure to follow a healthy diet coupled with exercise to keep your mind and body in its best shape. Finally, don't be afraid to use natural remedies and alternatives to prevent side effects brought by chemicals in most medicines. Doctors can also help if you just can't deal with the symptoms anymore.

## YOU MIGHT ALSO LIKE



5 Rules For Buying A Quality CBD Product

June 24, 2019



A Helpful Guide On Using CBD

April 22, 2019



The Best Way To Keep CBD Edibles Fresh And Tasty

May 2, 2019

Leave a Reply

Pet. Exh. 18 - 3

Save my name, email, and website in this browser for the next time I comment.



Kushly is a premium CBD company providing the highest quality, full-spectrum CBD products on the market.

**SUPPORT**

FAQ
Affiliates
Returns & Refunds
Privacy Policy
Terms of Service

**NAVIGATION**

Home
Shop CBD
Our Story
Contact
Blog

**FDA DISCLAIMER**

These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease. Products on this site contain no more than 0.3% THC.

Hyperlinks: This site may be hyperlinked to other sites which are not maintained by, or related to, us. Hyperlinks to such sites are provided as a service to our users and are not sponsored by or affiliated with this site or with us. We have not reviewed such sites and are not responsible for the content of those sites. Hyperlinks are to be accessed at your own risk, and we make no representations or warranties about the content, completeness or accuracy of these hyperlinks or the sites hyperlinked to this site. Further, the inclusion of any hyperlink to a third-party site does not necessarily imply that we endorse that site.

© 2020 Kushly – Plants, Not Pills.™  Site By Core Mobile Apps | CMC



Pet. Exh. 18 - 4

Pet. Exh. 18 - 5

https://kushly.com/blogs/news/taking-cbd-for-anxiety-relief/[5/4/2020 3:33:05 PM]