# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Federal Trade Commission**,<br><br>                    Petitioner,<br><br>v.<br><br>**Kushly, LLC**,<br>a limited liability company,<br><br>                    Respondent. | Case No. _____<br><br>**[PROPOSED] ORDER TO SHOW CAUSE** |

Petitioner, the Federal Trade Commission ("FTC"), under the authority conferred by Section 20 of the FTC Act, 15 U.S.C. § 57b-1 and Fed. R. Civ. P. 81(a)(5), has invoked the aid of this Court for an order requiring Respondent, Kushly, LLC, to comply with a civil investigative demand ("CID"), issued to it on May 6, 2020, in aid of an FTC law enforcement investigation.

The Court has considered the FTC's Petition to Enforce Civil Investigative Demand and the papers filed in support thereof; and it appears to the Court that Petitioner has shown good cause for the entry of this Order.

**IT IS HEREBY ORDERED** that, within \_\_\_\_\_ days after entry of this Order, by _____, 20\_\_\_\_, Respondent shall (1) Produce forthwith to the Commission: (a) all non-privileged documents responsive to the Commission's May 6, 2020 CID; (b) a privilege log listing all responsive documents withheld based upon a claim of privilege; (c) narrative responses to all interrogatories in the May 6, 2020 CID; and (d) sworn certifications as to the completeness of the production and interrogatory response;

**OR**

(2) By that date, file and serve (by hand or electronically via email) on counsel for the Commission its response to the Commission's petition. As Respondent did not file a petition to limit or quash the May 6, 2020 CID, any response to the Commission must demonstrate good cause for the failure to raise such objections previously. Absent such good cause shown, no objections that could have been, but were not, raised in an administrative petition to quash shall be considered. Any reply by the Commission to an opposition filed by Respondent shall be filed with the Court and served (by hand or electronically via email) on counsel for

Respondent. Such reply shall be filed and served no later than _____ days after service of Respondent's opposition.

**IT IS FURTHER ORDERED** that if Respondent files an opposition, Respondent shall appear by telephone by dialing _____ at \_\_ \_\_ a.m./p.m. on the \_\_\_\_ day of _____, 2020, in Courtroom No. \_\_\_\_ of the United States Courthouse for the District of Arizona, Phoenix, Arizona, and show cause, if any there be, why this Court should not enter an order, subject to the penalty of contempt, directing them to comply with the Commission's May 6, 2020 CID. Unless the Court determines otherwise, notwithstanding the filing or pending of any procedural or other motions, all issues raised by the petition and supporting papers, and any opposition to the petition will be considered at the hearing on the petition, and the allegations of said petition shall be deemed admitted unless controverted by a specific factual showing; and

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 81(a)(5) and 26(a)(l)(B)(v), this is a summary proceeding and no party shall be entitled to discovery without further order of the Court upon a specific showing of need; and that the dates for a hearing and the filing of papers established by this Order shall not be altered without prior order of the Court upon good cause shown; and

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 81(a)(5) and its 1946 Advisory Committee note, a copy of this Order and copies of said Petition

3

1  and exhibits filed therewith, shall be served forthwith by Petitioner upon
2  Respondent and/or its counsel, using as expeditious means as practicable.
3  **IT IS FURTHER ORDERED** that counsel for the Federal Trade
4  Commission may appear telephonically at the _____, 2020 show cause hearing.
5  It is so **ORDERED**.

4